**Order filed, May 8, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00305-CV
_____

**CITY OF HOUSTON, TEXAS, Appellant**

**V.**

**DARRYL  S CHAPMAN, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2019-20078**

## ORDER

The reporter's record in this case was due **April 22, 2019**.  *See* Tex. R. App. P. 35.1.  On April 23, 2019, this court granted the court reporter's motion for extension of time to file the record until **May 02, 2019**.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Jennifer Gajevsky**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Jennifer Gajevsky** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM